IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, CHICAGO REGIONAL COUNCIL OF CARPENTERS WELFARE FUND, and CHICAGO REGIONAL COUNCIL OF CARPENTERS APPRENTICE & TRAINEE PROGRAM FUND, | ) ) ) ) ) ) ) | Case No. 10 C 7615 Judge Chang |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| GRANITE COUNTERTOPS TILES GROUP, INC. | ) ) | |
| Defendant. | ) | |

**PLAINTIFFS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiffs, Trustees of the Chicago Regional Council of Carpenters Pension Fund et al., ("Trust Funds") by their attorney, David P. Lichtman, moves this Court for an entry of judgment on the pleadings against the Defendant pursuant to Fed. R. Civ. P. 12(c) and in support state:

1. Plaintiffs filed their amended complaint on June 3, 2011. **(Exhibit A)**

Paragraph 7 of the amended complaint sets forth:

> **7. The Defendant breached the Collective Bargaining Agreement and Trust Agreements by failing to pay fringe benefit contributions in the amount of $5,378.84 for the August 2010 through September 2010, plus liquidated damages on these unpaid amounts and on previously paid amounts.**

2. The Defendant filed its answer to the amended complaint. **(Exhibit B)**

The response to ¶7 sets forth:

> ANSWER: Defendant admits the allegations in Paragraph 7.

3. Because the Defendant admits that it owes $5,378.84 in ERISA

contributions to the Plaintiffs, judgment on the pleadings in favor of the Plaintiffs is warranted.

4. Once a judgment is entered, the mandatory damages provision of ERISA is triggered. 29 U.S.C. Section 1132 of ERISA provides:

> In any action under this subchapter by a fiduciary or on behalf of a plan to enforce section 1145 of this title in which a judgment in favor of the plan is awarded, the court shall award the plan –
>
> (A) the unpaid contributions,
> (B) interest on the unpaid contributions,
> (C) an amount equal to the greater of –
>   (i) interest on the unpaid contributions, or
>   (ii) liquidated damages provided for under the plan in an amount not in excess of 20 percent (or such higher percentage as may be permitted under Federal or State law) of the amount determined by the court under subparagraph (A),
> (D) reasonable attorney's fees and costs of the action, to be paid by the defendant; and
> (E) such other legal and equitable relief as the court deems appropriate.

Wherefore, Plaintiffs pray for an entry of judgment against the Defendant for $5,378.84 and further requests that this Court set this matter for prove-up of Plaintiffs' ERISA damages on a date certain.

                                                   Respectfully submitted,

                                                   By: /s/ David P. Lichtman
                                                        Attorney for Plaintiffs

David P. Lichtman (6290051)
Whitfield McGann & Ketterman
111 East Wacker Drive, Suite 2600
Chicago, Illinois 60601
(312) 2251-9700